IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:94cr7

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Vs. ) | ORDER |
| ) | |
| HEINER FRITZ PFUHL, ) | |

**THIS MATTER** is before the court on plaintiff's motion to dismiss without prejudice the above-captioned Bill of Indictment. Having considered the motion and reviewed the pleadings, the court enters the following Order.

## ORDER

**IT IS, THEREFORE, ORDERED** that plaintiff's motion to dismiss (#17) the above-captioned Bill of Indictment is **GRANTED** without prejudice.

Signed: July 22, 2011

Max O. Cogburn Jr.
United States District Judge